UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                           CRIMINAL ACTION NO.
                                             3:00CR00169 (JCH)
RODNEY CANADA,
    Defendant.
                                             MARCH 27, 2008

### ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant should be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). The defendant's guideline range was determined based on his status as a career offender.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Court