## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       v.                                **APPEARANCE**

                                        CASE NO. 3:00CR00169(JCH)

RODNEY CANADA


To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

                           RODNEY CANADA


Date:  April 21, 2008                      /s/
                                            Signature

Bar No.: ct25379                    Sarah A. L. Merriam
                                            Print Name

                                            FEDERAL DEFENDER OFFICE
                                            Firm Name

                                            265 Church Street, Suite 702
                                            Address

                                            New Haven,    CT    06510
                                            City                State    Zip Code

                                            (203) 498-4200
                                            Phone Number


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 21, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                            /s/
                                        Sarah A. L. Merriam