UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
UNITED STATES OF AMERICA      :     Case No. 3:00CR00169(JCH)
                              :
v.                            :
                              :
RODNEY CANADA                 :     April 21, 2008
---------------------------------------------------------x

**MOTION FOR EXTENSION OF TIME**

    The defendant, Rodney Canada, hereby requests an extension of time, <u>nunc pro tunc</u>, within which to respond to the Court's Order To Show Cause. [Doc. 15] Undersigned counsel has attempted to contact Mr. Canada to determine whether he wishes to have the assistance of counsel in connection with his motion, but has not yet been able to reach him. As the Court is aware, Mr. Canada is incarcerated and it is at times difficult for inmates to send and receive mail in a timely fashion. Accordingly, undersigned counsel seeks an extension to and including May 14, 2008, in order to attempt again to reach Mr. Canada and to file an appropriate brief on his behalf. This is the defendant's first motion for an extension of this deadline.

                                               Respectfully submitted,

                                               The Defendant,
                                               Rodney Canada

                                               Thomas G. Dennis
                                               Federal Defender

Dated: April 21, 2008              _____/s/_____
                                              Sarah A. L. Merriam
                                              Assistant Federal Defender
                                              265 Church Street, Suite 702
                                              New Haven, CT  06510
                                              Bar No. ct25379
                                              Phone: 203-498-4200
                                              Fax: 203-498-4207
                                              Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 21, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/
                             Sarah A. L. Merriam