RODNEY CANADA
REG. NO. 13948-014
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 2000 BLDG. 5711 (east)
FORT DIX, NEW JERSEY 08640

April 15, 2008

Honorable Judge Janet C. Hall
United States District Judge
915 Lafayette Blvd.
Bridgeport, Connecticut 06604

RE: SHOW CAUSE ORDER
CRIM. ACTION NO. 3:00CR00169(JCH)

Dear Judge Hall:

Please accept this letter in lieu of a formal motion. I am requesting a ten day extension to file a SHOW CAUSE, in the above listed matter. When the Court issued the order I was in transit from USP Canaan, to FCI Fort Dix, and I did not receive the Courts request until Friday the 11th of April. As I have just been moved from one side of the facility here, to the other, my property and other necessary materials follow shortly there after. Information pertinent to Your Honors request is contained within my property and needed to properly comply with the Order.

It should also be further noted that, I received a Motion in Opposition, to my requested two point reduction, from the Government on Monday April 14th. I also intend to file a response to the Government's position. The time requested will allow me time to comply with this Honorable Courts Order, and to properly address the Government's Opposition Motion.

Thank You in Advance for your assistance in this matter.

Respectfully Submitted,
Rodney Canada
Reg. #13948-014