UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
UNITED STATES OF AMERICA        :       Case No. 3:00CR00169(JCH)
                                :
v.                              :
                                :
RODNEY CANADA                   :       May 13, 2008
------------------------------------------------------x

**MOTION FOR EXTENSION OF TIME**

The defendant, Rodney Canada, hereby requests an extension of time within which to respond to the Court's Order To Show Cause. [Doc. 15] Undersigned counsel only received authorization from Mr. Canada to proceed on his behalf today. Counsel must now obtain all of the relevant documents in Mr. Canada's case and prepare an appropriate response to the Court's Order. Accordingly, undersigned counsel seeks an extension to and including June 9, 2008, in order to adequately investigate the issues in Mr. Canada's case and to file an appropriate brief on his behalf. This is the defendant's second motion for an extension of this deadline.

                                                Respectfully submitted,

                                                The Defendant,
                                                Rodney Canada

                                                Thomas G. Dennis
                                                Federal Defender

Dated: May 13, 2008                _____/s/_____
                                         Sarah A. L. Merriam
                                         Assistant Federal Defender
                                         265 Church Street, Suite 702
                                         New Haven, CT   06510
                                         Bar No. ct25379
                                         Phone: 203-498-4200
                                         Fax: 203-498-4207
                                         Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 13, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 /s/
               Sarah A. L. Merriam