UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA        :        Case No. 3:00CR00169(JCH)
:
v.                              :
:
RODNEY CANADA                   :        July 11, 2008
:
---------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

The defendant, Rodney Canada, hereby requests an extension of time within which to file a reply brief in response to the Government's Memorandum dated July 2, 2008. [Doc. 27] The reply brief would normally be due on July 17, 2008, ten business days after the filing of the memorandum to which it responds. Undersigned counsel will be out of state on work-related travel for two weeks in July. The press of other business, including other crack amendment sentencing reduction cases and the matter of United States v. Yung Tang, 3:08CR00030(JBA), has prevented undersigned counsel from completing the research necessary to file an adequate response before leaving the District. Accordingly, undersigned counsel seeks an extension to and including August 4, 2008, to file an appropriate reply brief.

This is the defendant's first motion for an extension of this deadline. Undersigned counsel has been unable to ascertain the position of the Government on this motion.

                                                Respectfully submitted,

                                                The Defendant,
                                                Rodney Canada

                                                Thomas G. Dennis
                                                Federal Defender


Dated: July 11, 2008                                   _____/s/_____
                                                Sarah A. L. Merriam
                                                Assistant Federal Defender
                                                265 Church Street, Suite 702
                                                New Haven, CT   06510
                                                Bar No. ct25379
                                                Phone: 203-498-4200
                                                Fax: 203-498-4207
                                                Email: sarah_merriam@fd.org


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 11, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                                        _____/s/_____
                                                        Sarah A. L. Merriam