February 18, 2008

915 Lafayette Boulevard
Bridgeport, CT 06604
(Office of the Clerk)

FILED
2008 AUG 26 P 3:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Re: Obtaining sentencing transcripts

    I am writing in regards of my sentencing transcripts. I was sentenced by the Honorable Judge Janet C. Hall in may of 2001 to 140 months and five years supervised release.
    In light of the new retroactive crack amendment, my transcripts are needed immediately in order for me to finish and fully document my arguement and reasons for relief.
As a courtesy I hope to receive my transcripts.
Thank you for your attention to this matter.

Respectfully,

RODNEY CANADA #13948-014
USP Canaan
P.O. Box 300
Waymart, Pennsylvania 18472