UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3:00-cr-169 (JCH) |
| | : | |
| RODNEY CANADA | : | AUGUST 29, 2008 |

**ORDER TO SHOW CAUSE**

Defendant Rodney Canada has filed a Supplemental Memorandum [Doc. No. 35] in support of his argument that he is entitled to a sentence reduction under the retroactive amendment to the crack-cocaine guidelines. The government is hereby **ORDERED TO SHOW CAUSE** why the requested relief should not be granted, for the reasons set forth in the portion of the Supplemental Memorandum discussing the differences between departures under USSG § 4A1.3, and other departures. Any response shall be due by **September 12, 2008**.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 29th day of August, 2008.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge

1